NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000190
30-APR-2019
08:18 AM

NO. CAAP-18-0000190

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GALINA OGEONE, Plaintiff-Appellant, v.
DENTIST LESLIE AU, Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 18-1-0076)


ORDER DENYING MOTION FOR RECONSIDERATION OF
ICA'S SUMMARY DISPOSITION ORDER OF APRIL 18, 2019
BY CHIEF JUDGE GINOZA, JUDGE LEONARD, JUDGE REIFURTH
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of Plaintiff-Appellant Galina

Ogeone's Motion for Reconsideration of ICA's Summary Disposition

Order of April 18, 2019 by Chief Judge Ginoza, Judge Leonard,

Judge Reifurth ("Motion") filed April 28, 2019, and the records

and files in this case,

IT IS HEREBY ORDERED that said Motion is denied.

DATED: Honolulu, Hawaiʻi, April 30, 2019.

On the motion:

Galina Ogeone,
Plaintiff-Appellant, *Pro Se.*

Chief Judge

Associate Judge

Associate Judge

2